UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| JANE TODD MARCUM-WHITE | ) | CASE NO. 17-11042 |
| | ) | |
| DEBTOR | ) | |
| | ) | |
| JANE TODD MARCUM-WHITE | ) | AP NO. 18-01001 |
| | ) | |
| DEBTOR-PLAINTIFF | ) | |
| | ) | |
| VS. | ) | |
| | ) | |
| CAPITAL ONE BANK (USA) NA | ) | |
| | ) | |
| DEFENDANT | ) | |

## CERTIFICATE OF SERVICES

I certify that I am over the age of 18 and not a party to this action, and that on January  10 , 2018, I sent by first class mail, postage prepaid, a true and correct copy of the Summons in an Adversary Proceeding (issued) and Complaint To Set Aside Preference to the parties/attorneys listed below:

Capital One Bank (USA) NA
Attn: Bankruptcy
PO Box 30253
Salt Lake City, UT 84130

Jill A. Keck
Weltman, Weinberg & Reis
525 Vine St., Ste. 800
Cincinnati, OH 45202

Capital One Bank
Corporate Headquarters
1680 Capital One Dr.
McLean, VA 22102-3491

Corporation Service Company
Registered Agent for Capital One Bank (USA) NA
Bank of America Center, 16th Floor
1111 E. Main St.
Richmond, VA 23219

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated:  January 10, 2018

/s/Melanie D. Moore
Signature
Printed Name   Melanie D. Moore

F:\LAW\BANKRUPTCY\Marcum-White, Jane\Cert for AP.wpd